IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. ADAMS,<br><br>           Plaintiff,<br><br>   vs.<br><br>FORD MOTOR CREDIT,<br><br>           Defendant. | No. CV-F-06-1640 OWW/SMS<br><br>ORDER DEEMING PLAINTIFF'S NOTICE (Doc.6) TO BE NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41(a) AND DISMISSING ACTION |

    On January 12, 2007, Plaintiff, proceeding *in pro per*, filed a Notice in which he asserts that this court lacks jurisdiction over this action and requesting that the action be dismissed.

    Because no responsive pleading has been filed, Plaintiff's Notice is deemed to be a request for voluntary dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure.  So deemed, this action is dismissed without prejudice.

    IT IS SO ORDERED.

**Dated:   January 18, 2007**                /s/ Oliver W. Wanger
668554                                           UNITED STATES DISTRICT JUDGE

1